No. 10–7973.  PITTS *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–7979.  HUPP *v.* EDUCATIONAL CREDIT MANAGEMENT CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–7980.  FOX *v.* FEDERAL BUREAU OF PRISONS ET AL. C. A. 4th Cir.  Certiorari denied.

No. 10–7983.  GREGG *v.* PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 10–7991.  HOLIDAY *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 1.  Certiorari denied.

No. 10–7993.  FARRIS *v.* RYAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–7994.  GOODE *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 10–7998.  JACKSON *v.* THALER, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-SION.  C. A. 5th Cir.  Certiorari denied.

No. 10–7999.  LANN *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 10–8000.  MUMPHREY *v.* THALER, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–8004.  URBINA SOLERA *v.* PENSION FUND OF AMERICA L. C. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–8006.  STRATTON *v.* TEXAS (three judgments).  Ct. Crim. App. Tex.  Certiorari denied.

No. 10–8009.  TURNER *v.* THALER, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-SION.  C. A. 5th Cir.  Certiorari denied.